UNITED STATES of America,
Plaintiff–Appellee

v.

Gregory A. COLE, Jr., Defendant–
Appellant.

No. 10–30107
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 9, 2010.

Camille Ann Domingue, Kelly P. Ue-
binger, Assistant U.S. Attorneys, U.S. At-
torney's Office, Western District of Louisi-
ana, Lafayette, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Assistant
Federal Public Defender, Federal Public
Defender's Office, Western District of
Louisiana, Lafayette, LA, for Defendant–
Appellant.

Before HIGGINBOTHAM, SMITH, and
HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Gregory A. Cole, Jr., has
moved for leave to withdraw and has filed
a brief in accordance with *Anders v. Cali-
fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Cole has not filed a
response. Our independent review of the
record and counsel's brief discloses no non-
frivolous issue for appeal. Accordingly,
counsel's motion for leave to withdraw is
GRANTED, counsel is excused from fur-
ther responsibilities herein, and the AP-
PEAL IS DISMISSED. *See* 5TH CIR. R.
42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.